UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EBER G. RUTH,
    Plaintiff,

v.

DIRECTOR CDCR, et al.,
    Defendants.

Case No. 18-cv-05325-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Court's order to file a (i) complete application to proceed *in forma pauperis* (IFP) or pay the filing fee; and (ii) complaint on this Court's form. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's orders and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain a complete IFP application (or full payment for the $400.00 filing fee) **and** a complaint on this Court's form. The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** November 13, 2018

                                              RICHARD SEEBORG
                                              United States District Judge